**ORIGINAL**

CLERK'S OFFICE
U.S. Atlanta

DEC 12 2003

_____, Clerk
By: _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware Corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware Corporation<br><br>Plaintiffs,<br><br>v.<br><br>PADDOCK LABORATORIES, INC., a Minnesota corporation,<br><br>Defendant. | Civil Action<br>File No. 1:03-CV 2503-TWT |

### RULE 5.4 CERTIFICATE

COME NOW Unimed Pharmaceuticals, Inc. ("Unimed") and Laboratories Besins Iscovesco ("Besins") (collectively "Plaintiffs"), pursuant to Local Rule 5.4 and give notice that on December 12, 2003, Plaintiffs served on all parties the Plaintiffs' Initial Disclosures

Respectfully submitted,

By: _____
Jerry B. Blackstock
Georgia Bar No. 061000
Leslie B. Zacks
Georgia Bar No. 784110
HUNTON & WILLIAMS LLP

1

                              4100 Bank of America Plaza
                              600 Peachtree Street, N.E.
                              Atlanta, Georgia 30308
                              404-888-4000 (telephone)
                              404-888-4190 (facsimile)

<u>Of Counsel</u>:

Walt Addison Linscott
Vice President, Law, Government and Public Affairs
Solvay Pharmaceuticals, Inc.
901 Sawyer Road
Marietta, GA  30062

James R. Ferguson
ARDC #0794600
MAYER, BROWN, ROWE & MAW LLP
190 South La Salle Street
Chicago, IL  60603
312-782-0600 (telephone)
312-701-7711 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., ) <br> a Delaware Corporation, and ) <br> LABORATORIES BESINS ) <br> ISCOVESCO, ) <br> a Delaware Corporation ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> PADDOCK LABORATORIES, INC., ) <br> a Minnesota corporation, ) <br>   ) <br>   Defendant. ) | Civil Action <br> File No. 1:03-CV 2503-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2003, a copy of the foregoing Rule 5.4 Certificate was served upon:

>Mark G. Trigg, Esq.
>Ernest L. Greer, Esq.
>Hayden Pace, Esq.
>Greenberg Traurig, LLP
>The Forum
>3290 Northside Parkway, N.W.
>Atlanta, Georgia  30327
>Facsimile:   (678) 553-2212

>Albert L. Jacobs, Jr., Esq.
>Daniel A. Ladow
>Greenberg Traurig, LLP
>885 Third Avenue
>New York, New York 10022
>Facsimile:   (212) 688-2449

by facsimile and via U.S. Mail, properly addressed and with postage prepaid.

By: _____
Leslie B. Zacks
Georgia Bar No. 784110
HUNTON & WILLIAMS LLP
4100 Bank of America Plaza
600 Peachtree Street NE
Atlanta, Georgia 30308
404-888-4000 (telephone)
404-888-4190 (facsimile)

4