**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Nos.  1:03-CV-2501 TWT        1:03-CV-2503 TWT |
| WATSON PHARMACEUTICALS, INC., a Nevada corporation, and PADDOCK LABORATORIES, INC., a Minnesota corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPTS**

Plaintiffs Unimed Pharmaceuticals, Inc. and Laboratories Besins Iscovesco

hereby give notice to the Court and all parties of the filing of the following original

deposition transcripts under seal with the Court for use in conjunction with

Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants'

Motions for Partial Summary Judgment:

1.    Charles D. Ebert, as an Individual, taken March 2, 2005;

2.    Mary Beth Erstad, as Paddock's 30(b)(6) representative and as an
      Individual, taken February 8, 2005;

3.    Pete Zeleny, as an Individual, taken February 9, 2005; and

4.      Dr. Norman Weiner, as an Expert, taken June 24, 2005.

These transcripts contain information designated as Confidential and/or

Restricted Confidential Information under the Confidentiality and Protective Order

that the Court entered on April 19, 2004 (Court Docket #31).  Plaintiffs

respectfully request that the Court preserve the confidentiality of the information

contained in the above transcripts by filing those documents under seal.

This 17th day of October, 2005.

/s/   Jerry B. Blackstock
Jerry B. Blackstock
Georgia Bar No. 061000
Bradley W. Grout
Georgia Bar No. 313950

HUNTON & WILLIAMS LLP
600 Peachtree Street, N.E., Suite 4100
Atlanta, Georgia 30308-2216
TEL:  (404) 888-4000
FAX: (404) 888-4190

*Attorneys for Unimed Pharmaceuticals, Inc.*
*and Laboratories Besins Iscovesco*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Nos.   1:03-CV-2501 TWT |
| | ) | 1:03-CV-2503 TWT |
| WATSON PHARMACEUTICALS, INC., a Nevada corporation, and PADDOCK LABORATORIES, INC., a Minnesota corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing **NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPTS** was served was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David A. Rabin
Morris, Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044

***Attorneys for the Defendant***
***Watson Pharmaceuticals, Inc.***

Barry S. White
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151

***Attorneys for the Defendant***
***Watson Pharmaceuticals, Inc.***

Mark G. Trigg
Ernest L. Greer
Hayden Pace
Greenberg Traurig, LLP
The Forum Suite 400
3290 Northside Parkway, N.W.
Atlanta, Georgia 30327

***Attorneys for the Defendant***
***Paddock Laboratories, Inc.***

Albert L. Jacobs, Jr.
Daniel A. Ladow
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

***Attorneys for the Defendant***
***Paddock Laboratories, Inc.***

This 17th day of October, 2005.


/s/   Jerry B. Blackstock
Jerry B. Blackstock
Georgia Bar No. 061000
Bradley W. Grout
Georgia Bar No. 313950

HUNTON & WILLIAMS LLP
600 Peachtree Street, N.E., Suite 4100
Atlanta, Georgia 30308-2216
TEL:  (404) 888-4000
FAX: (404) 888-4190

***Attorneys for Unimed Pharmaceuticals, Inc.***
***and Laboratories Besins Iscovesco***

-2-