IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware Corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>PADDOCK LABORATORIES, INC., a Minnesota Corporation,<br><br>　　　　　Defendant. | Civil Action No.<br>File No. 1:03-CV-2503-TWT |

**DEFENDANT PADDOCK LABORATORIES, INC.'S MOTION
FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF
CLAIMS 1-30 OF THE '894 PATENT FOR LACK OF A WRITTEN
DESCRIPTION AS REQUIRED BY 35 U.S.C. § 112**

COMES NOW Paddock Laboratories, Inc. ("Paddock"), defendant in the above-styled action, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court for a partial summary judgment holding that Claims 1-30 of U.S. Patent No. 6,503,894 are invalid (both as issued and as purportedly corrected by the Certificate of Correction) because their reference to a range for sodium hydroxide constitutes new matter under

35 U.S.C. §132 and lacks a written description as required by 35 U.S.C. §112.

This motion is based upon all pleadings and other papers of record in this action and is supported by the Statement of Material Facts as to Which There Are No Genuine Issues to Be Tried and the Memorandum of Law filed concurrently herewith.

Dated: October 18, 2005

                                              Respectfully submitted,

                                              _____/s/_____
                                              Mark G. Trigg
                                              Georgia Bar No. 716295
                                              Ernest L. Greer
                                              Georgia Bar No. 309180
                                              Hayden Pace
                                              Georgia Bar No. 558595
                                              GREENBERG TRAURIG, LLP
                                              The Forum, Suite 400
                                              3290 Northside Parkway, N.W.
                                              Atlanta, Georgia  30327
                                              678/553-2400 (o)
                                              678/553-2416 (f)
                                              Attorneys for Defendant
                                              Paddock Laboratories, Inc.

Albert L. Jacobs, Jr.
Daniel A. Ladow
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York  10166
212/801-9200 (o)
212/801-6400 (f)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware Corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware Corporation,<br><br>Plaintiffs,<br>v.<br><br>PADDOCK LABORATORIES, INC., a Minnesota Corporation,<br><br>Defendant. | Civil Action No.<br>File No. 1:03-CV-2503-TWT |

## **CERTIFICATE OF SERVICE**

**I hereby** certify that on October 18, 2005, a true and correct copy of the foregoing document was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court, addressed to:

Debra Rae Bernard    dbernard@mayerbrownrowe.com

Jerry Byron Blackstock    jblackstock@hunton.com

gsharp@hunton.com

James R. Ferguson    jferguson@mayerbrownrowe.com

Robert S. Rigg    rrigg@mayerbrownrowe.com

Error! Unknown document property name.

This 18th day of October, 2005.

                                                      /s/
                                     Mark G. Trigg
Georgia Bar No. 716295
Attorneys for Defendant
Paddock Laboratories, Inc.
GREENBERG TRAURIG, LLP
The Forum
3290 Northside Parkway
Suite 400
Atlanta, GA 30327
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
triggm@gtlaw.com